IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY PRITCHARD, *et al.* | : |
| | : |
| | : 3:17-cv-01083-ARC |
| v. | : |
| | : |
| BIMBO BAKERIES USA, INC. and BIMBO FOODS BAKERIES DISTRIBUTION, LLC. | : |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR APPROVAL OF THE SETTLEMENT**

This action has been settled after extensive mediation proceedings overseen over by Alternative Dispute Resolution Coordinator Joseph Barrett. The action currently includes claims arising under the Fair Labor Standards Act ("FLSA"), the Pennsylvania Minimum Wage Act ("PMWA"), and the Pennsylvania Wage Payment and Collection Law ("PWPCL"). These claims are pursued against defendants Bimbo Bakeries USA, Inc. and Bimbo Foods Bakeries Distribution, LLC (together "Bimbo") by the 3 original plaintiffs (Leroy Pritchard, Anthony Legare, and Steven Austin) and 29 additional plaintiffs who joined the action pursuant to the FLSA's collective action mechanism. See 29 U.S.C. § 216(b).

The operative settlement agreement, attached as Exhibit A, has been personally signed by each of the 32 plaintiffs. Under the settlement, Bimbo will pay a total of $275,000 to be distributed as follows: (a) the 32 plaintiffs will share

$176,250, see Ex. A at ¶ 4;[1] (b) Mssrs. Pritchard, Legare, and Austin will each receive $10,000 service awards, see id. at ¶ 5; and (c) plaintiffs' lawyers from Winebrake & Santillo, LLC and the Dyller Law Firm will receive a total combined payment of $68,750 (25% of the $275,000 settlement).

In the absence of Third Circuit guidance, the judges of this Court generally review FLSA settlements for fairness. See, e.g., Huyett v. Murlin, 2018 U.S. Dist. LEXIS 108012 (M.D. Pa. June 28, 2018); Trevorah v. Linde Corp., 2018 U.S. Dist. LEXIS 65523 (M.D. Pa. Apr. 13, 2018); Harrison v. Flint Energy Services, Inc., 2016 U.S. Dist. LEXIS 51674 (M.D. Pa. Apr. 15, 2016). In this regard, an FLSA settlement will be approved if it: (a) resolves a *bona fide* dispute under the FLSA; (b) is fair and reasonable to the employees; and (3) does not frustrate the FLSA. See Owens v. Interstate Safety Services, Inc., 2017 U.S. Dist. LEXIS 192247 (M.D. Pa. Nov. 21, 2018) (Caputo, J.). In addition, the Court must deem reasonable any requested attorney's fees, see, e.g., id. at *7-9, and service awards, see, e.g., Creed v. Benco Dental Supply Co., 2013 U.S. Dist. LEXIS 132911, *19-20 (M.D. Pa. Sept. 17, 2013).

Here, the settlement – which is the result of extensive arms-length bargaining by experienced legal counsel armed with ample discovery – is fair and reasonable and warrants judicial approval.

---

[1] The individual payments average $5,507 per plaintiff and range from a high of $6,542 to a low of $500. See Ex. A. at ¶ 4.

**WHEREFORE**, plaintiffs respectfully request that the Court grant this motion and approve the settlement of this FLSA action. A proposed order is attached.

Date: August 14, 2018

Respectfully,

*/s/ Peter Winebrake*

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Barry H. Dyller, Esq.
Dyller Law Firm
88 North Franklin Street
Wilkes Barre, PA  18701
(570) 829-4860

*For Plaintiffs*